McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-0155-EFB |
| Plaintiff, | ORDER |
| v. | |
| CORNELIO CARRAZCO-VALENCIA | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States (ECF No. 23), IT IS HEREBY ORDERED that the pending Criminal Complaint in case number 2:18-MJ-0155-EFB against defendant CORNELIO CARRAZCO-VALENCIA is hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: August 31, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1