| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>August 31, 2018<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CORNELIO CARRAZCO-VALENCIA

    Defendant.

Case No. 2:18-mj-00155-EFB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CORNELIO CARRAZCO-VALENCIA

Case No. 2:18-mj-00155-EFB  Charge 21 USC § 841(a)(1) from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    \_\_\_\_ Bail Posted in the Sum of $\_\_\_\_

        \_\_\_\_ Unsecured Appearance Bond $\_\_\_\_

        \_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_ Appearance Bond with Surety

        \_\_\_\_ Corporate Surety Bail Bond

    **X**    (Other): Defendant released from custody of the US Marshal into the custody of the US Immigration and Customs Enforcement (ICE) pursuant to the lodged ICE detainer.

Issued at Sacramento, California on August 31, 2018 at 9:30 AM

BY:    */s/ Kendall J. Newman*
           KENDALL J. NEWMAN
           UNITED STATES MAGISTRATE JUDGE